# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: PAGE, FRANK | § | Case No. 10-75269 |
| PAGE, MARY L | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 03/28/2012 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  02/09/2012          By:  /s/JAMES E. STEVENS
                                         Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: PAGE, FRANK | § | Case No. 10-75269 |
| PAGE, MARY L | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 8,311.59 |
| *and approved disbursements of* | $ | 2,606.85 |
| *leaving a balance on hand of* [1] | $ | 5,704.74 |

**Balance on hand:**          $          5,704.74

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $     5,704.74

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,581.16 | 0.00 | 1,581.16 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 2,008.00 | 0.00 | 2,008.00 |
| Attorney for Trustee, Expenses - BARRICK, SWITZER LAW FIRM | 487.31 | 0.00 | 487.31 |

Total to be paid for chapter 7 administration expenses:     $          4,076.47
Remaining balance:     $          1,628.27

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00

Remaining balance: $ 1,628.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 1,628.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 112,943.00 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,195.92 | 0.00 | 146.99 |
| 2 | Discover Bank | 9,593.39 | 0.00 | 138.31 |
| 3 | Chase Bank USA, N.A. | 12,367.34 | 0.00 | 178.30 |
| 4 | Chase Bank USA, N.A. | 10,496.91 | 0.00 | 151.33 |
| 5 | Chase Bank USA, N.A. | 4,100.67 | 0.00 | 59.12 |
| 6 | Chase Bank USA, N.A. | 7,657.22 | 0.00 | 110.39 |
| 7 | Commerce Bank | 8,324.66 | 0.00 | 120.01 |
| 8 | Chase Bank USA,N.A. | 3,143.23 | 0.00 | 45.32 |
| 9 | American Express Centurion Bank | 7,717.79 | 0.00 | 111.27 |
| 10 | PYOD LLC its successors and assigns as assignee of | 5,108.28 | 0.00 | 73.64 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | PYOD LLC its successors and assigns as assignee of | 2,014.04 | 0.00 | 29.04 |
| 12 | PYOD LLC its successors and assigns as assignee of | 8,924.55 | 0.00 | 128.66 |
| 13 | PYOD LLC its successors and assigns as assignee of | 6,976.07 | 0.00 | 100.57 |
| 14 | PYOD LLC its successors and assigns as assignee of | 16,198.02 | 0.00 | 233.52 |
| 15 | PYOD LLC its successors and assigns as assignee of | 124.91 | 0.00 | 1.80 |

Total to be paid for timely general unsecured claims: $ 1,628.27

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:   /s/JAMES E. STEVENS
_____
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-75269-MB
Frank Page                                                                Chapter 7
Mary L Page
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett          Page 1 of 2          Date Rcvd: Feb 17, 2012
                             Form ID: pdf006          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 19, 2012.
```
db/jdb      +Frank Page,   Mary L Page,   2927 Shorewood Drive,   Mchenry, IL 60050-2670
16320466    +ATT Universal Card,   PO Box 688919,   Des Moines, Ia 50368-8919
16320465    +American Express,   P.O Box 297812,   Ft. Lauderdale, FL 33329-7812
16794310     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16320468    +Cenlar Mortgage,   Payment Processing Center,   PO Box 986,   Newark, NJ 07184-0001
16320470     Chase,   PO Box 15298,   Wilmington, DE  198505298
16320469    +Chase,   PO Box 15153,   Wilmington, DE 19850-5153
16625176     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16717380    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
             Dallas, TX 75374-0933
16320471    +Citi,   PO Box 688901,   Des Moines, IA 50368-8901
16320472    +Citi,   PO Box 6500,   Sioux Falls, SD 57117-6500
16320473    +Citi Advantage,   PO Box 688916,   Des Moines, Ia 50368-8916
16320474    +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
16320478    +ExxonMobil/Citibank Cards,   Credit Bureau Disputes,   PO Box 6497,   Sioux Falls, SD 57117-6497
16320467   ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
            (address filed with court: BestBuy/HSBC,   P.O Box 15524,   Wilmington,DE 19850)
16320480    +HSBC Retail Services,   PO Box 17264,   Baltimore, MD 21297-1264
16320479    +Harris N.A.,   PO Box 6201,   Carol Stream, IL 60197-6201
16320482    +Sears Mastercard,   PO Box 182156,   Columbus, Oh 43218-2156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16627253     E-mail/Text: bankruptcy@commercebank.com Feb 18 2012 04:41:41      Commerce Bank,   P O BOX 419248,
             KCREC-10,   Kansas City, MO 64141-6248
16320475     E-mail/Text: bankruptcy@commercebank.com Feb 18 2012 04:41:41      Commerce Bank,   PO Box 806000,
             Kansas City, MO 64180-6000
16320477     E-mail/PDF: mrdiscend@discoverfinancial.com Feb 18 2012 04:13:47      Discover,   PO Box 15316,
             Wilmington, De. 19850
16320476     E-mail/PDF: mrdiscend@discoverfinancial.com Feb 18 2012 04:13:47      Discover,   PO Box 30395,
             Salt Lake City, UT 84130-0395
16565579     E-mail/PDF: mrdiscend@discoverfinancial.com Feb 18 2012 04:13:47      Discover Bank,
             Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16320481     E-mail/PDF: cr-bankruptcy@kohls.com Feb 18 2012 04:16:00      Kohl's,   P.O.Box 2983,
             Milwaukee, WI 53201-2983
16894777    +E-mail/Text: resurgentbknotifications@resurgent.com Feb 18 2012 02:59:46
             PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
             c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                        TOTAL: 7
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2012**                    **Signature:**      _Joseph Speetjens_

```
District/off: 0752-3           User: vgossett          Page 2 of 2            Date Rcvd: Feb 17, 2012
                               Form ID: pdf006         Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2012 at the address(es) listed below:

```
          James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com,  IL48@ecfcbis.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Robert J Adams     on behalf of Debtor Frank Page bankruptcy713@yahoo.com,
           bankruptcy714@gmail.com;illinoisecf@gmail.com
                                                                               TOTAL: 4
```