**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: PAGE, FRANK | § Case No. 10-75269 |
| PAGE, MARY L | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $679,785.00         Assets Exempt: $371,685.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,628.27    Claims Discharged
                                              Without Payment: $136,885.73

Total Expenses of Administration: $6,683.32

3) Total gross receipts of $ 8,311.59 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,311.59 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $312,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,683.32 | 6,683.32 | 6,683.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 134,019.59 | 112,943.00 | 112,943.00 | 1,628.27 |
| **TOTAL DISBURSEMENTS** | $446,019.59 | $119,626.32 | $119,626.32 | $8,311.59 |

4) This case was originally filed under Chapter 7 on October 25, 2010. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/17/2012         By: /s/JAMES E. STEVENS
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Empty Lot County: Adams County Tax District: Tow | 1110-000 | 8,311.59 |
| **TOTAL GROSS RECEIPTS** | | **$8,311.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Harris N.A. | 4110-000 | 82,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar Mortgage Payment Processing Center | 4110-000 | 230,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$312,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,581.16 | 1,581.16 | 1,581.16 |
| BARRICK, SWITZER LAW FIRM | 3110-000 | N/A | 2,008.00 | 2,008.00 | 2,008.00 |
| BARRICK, SWITZER LAW FIRM | 3120-000 | N/A | 487.31 | 487.31 | 487.31 |
| Adams Friendship Title Company | 2500-000 | N/A | 395.87 | 395.87 | 395.87 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Adams Friendship Title Company | 3510-000 | N/A | | 1,000.00 | 1,000.00 | 1,000.00 |
| Adams Friendship Title Company | 2500-000 | N/A | | 150.00 | 150.00 | 150.00 |
| Adams Friendship Title Company | 2500-000 | N/A | | 15.00 | 15.00 | 15.00 |
| Adams Friendship Title Company | 2500-000 | N/A | | 100.00 | 100.00 | 100.00 |
| Adams Friendship Title Company | 2500-000 | N/A | | 200.07 | 200.07 | 200.07 |
| Adams Friendship Title Company | 2500-000 | N/A | | 645.91 | 645.91 | 645.91 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $6,683.32 | $6,683.32 | $6,683.32 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 10,041.81 | 10,195.92 | 10,195.92 | 146.99 |
| 2 | Discover Bank | 7100-000 | 9,299.00 | 9,593.39 | 9,593.39 | 138.31 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 12,204.52 | 12,367.34 | 12,367.34 | 178.30 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 10,941.08 | 10,496.91 | 10,496.91 | 151.33 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 7100-000 | 4,044.00 | 4,100.67 | 4,100.67 | 59.12 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 7,440.00 | 7,657.22 | 7,657.22 | 110.39 |
| 7 | Commerce Bank | 7100-000 | 8,162.00 | 8,324.66 | 8,324.66 | 120.01 |
| 8 | Chase Bank USA,N.A. | 7100-000 | N/A | 3,143.23 | 3,143.23 | 45.32 |
| 9 | American Express Centurion Bank | 7100-000 | 7,654.00 | 7,717.79 | 7,717.79 | 111.27 |
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 5,158.70 | 5,108.28 | 5,108.28 | 73.64 |
| 11 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,821.00 | 2,014.04 | 2,014.04 | 29.04 |
| 12 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 8,793.00 | 8,924.55 | 8,924.55 | 128.66 |
| 13 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 6,889.48 | 6,976.07 | 6,976.07 | 100.57 |
| 14 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 16,000.00 | 16,198.02 | 16,198.02 | 233.52 |
| 15 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 124.91 | 124.91 | 1.80 |
| NOTFILED | Chase | 7100-000 | 12,124.00 | N/A | N/A | 0.00 |
| NOTFILED | BestBuy/HSBC | 7100-000 | 1,745.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Retail Services | 7100-000 | 3,627.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohl's | 7100-000 | 2,957.00 | N/A | N/A | 0.00 |
| NOTFILED | ExxonMobil/Citibank Cards Credit Bureau Disputes | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 5,063.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $134,019.59 | $112,943.00 | $112,943.00 | $1,628.27 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-75269  
**Case Name:** PAGE, FRANK  
PAGE, MARY L  
**Period Ending:** 05/17/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 10/25/10 (f)  
**§341(a) Meeting Date:** 12/02/10  
**Claims Bar Date:** 03/17/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single Family Home 2927 Shorewood Drive Dr., McH | 304,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Empty Lot County: Adams County Tax District: Tow | 10,000.00 | 10,000.00 |  | 8,311.59 | FA |
| 3 | Cash | 35.00 | 0.00 | DA | 0.00 | FA |
| 4 | McHenry Bank & Trust, checking and savings | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | 4 rooms of furnishings, 2 tv, electronics, compu | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 6 | Necessary apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Misc jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | D. Whole Life insurance cash value around $3500. | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA valued at $640.00 | 600.00 | 0.00 | DA | 0.00 | FA |
| 10 | IRA | 366,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1999 Tahoe, 140,000, fair condition, needs muffl | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2000 Honda Accord, 123,000 miles, need tires, bo | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 12 | Assets Totals (Excluding unknown values) | **$689,785.00** | **$10,000.00** |  | **$8,311.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

FILED A LIS PENDENS.

**Initial Projected Date Of Final Report (TFR):** January 1, 2012   **Current Projected Date Of Final Report (TFR):** February 9, 2012 (Actual)

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 10-75269 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PAGE, FRANK | | Bank Name: | The Bank of New York Mellon |
| | PAGE, MARY L | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***7976 | | Blanket Bond: | $372,000.00  (per case limit) |
| Period Ending: | 05/17/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/04/11 | | Adams Friendship Title Company | proceeds from sale of Wisconsin lot | | 5,804.74 | | 5,804.74 |
| | {2} | | sale price                     8,311.59 | 1110-000 | | | 5,804.74 |
| | | | County Property Taxes     -395.87 | 2500-000 | | | 5,804.74 |
| | | | real estate commission    -1,000.00 | 3510-000 | | | 5,804.74 |
| | | | settlement fee - title         -150.00<br>company | 2500-000 | | | 5,804.74 |
| | | | overnight processing fee    -15.00 | 2500-000 | | | 5,804.74 |
| | | | GAP Endorsement            -100.00 | 2500-000 | | | 5,804.74 |
| | | | county/city/state              -200.07<br>stamps,recordation fees,<br>etc. | 2500-000 | | | 5,804.74 |
| | | | delinquent real estate      -645.91<br>taxes | 2500-000 | | | 5,804.74 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,779.74 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,754.74 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,729.74 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,704.74 |
| 03/28/12 | 101 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $2,008.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,008.00 | 3,696.74 |
| 03/28/12 | 102 | BARRICK, SWITZER LAW FIRM | Dividend paid 100.00% on $487.31, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 487.31 | 3,209.43 |
| 03/28/12 | 103 | JAMES E. STEVENS | Dividend paid 100.00% on $1,581.16, Trustee Compensation;  Reference: | 2100-000 | | 1,581.16 | 1,628.27 |
| 03/28/12 | 104 | Discover Bank | Dividend paid   1.44% on $10,195.92; Claim# 1; Filed: $10,195.92; Reference: | 7100-000 | | 146.99 | 1,481.28 |
| 03/28/12 | 105 | Discover Bank | Dividend paid   1.44% on $9,593.39; Claim# 2; Filed: $9,593.39; Reference: | 7100-000 | | 138.31 | 1,342.97 |
| 03/28/12 | 106 | Chase Bank USA, N.A. | Dividend paid   1.44% on $12,367.34; Claim# 3; Filed: $12,367.34; Reference: | 7100-000 | | 178.30 | 1,164.67 |
| 03/28/12 | 107 | Chase Bank USA, N.A. | Dividend paid   1.44% on $10,496.91; Claim# 4; Filed: $10,496.91; Reference: | 7100-000 | | 151.33 | 1,013.34 |
| 03/28/12 | 108 | Chase Bank USA, N.A. | Dividend paid   1.44% on $4,100.67; Claim# 5; Filed: $4,100.67; Reference: | 7100-000 | | 59.12 | 954.22 |
| 03/28/12 | 109 | Chase Bank USA, N.A. | Dividend paid   1.44% on $7,657.22; Claim# 6; Filed: $7,657.22; Reference: | 7100-000 | | 110.39 | 843.83 |
| 03/28/12 | 110 | Commerce Bank | Dividend paid   1.44% on $8,324.66; Claim# 7; Filed: $8,324.66; Reference: | 7100-000 | | 120.01 | 723.82 |

Subtotals :                $5,804.74         $5,080.92

{} Asset reference(s)                                                                                               Printed: 05/17/2012 07:31 AM    V.13.02

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-75269 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | PAGE, FRANK | | Bank Name: | The Bank of New York Mellon |
| | PAGE, MARY L | | Account: | 9200-******53-66 - Checking Account |
| Taxpayer ID #: | **-***7976 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 05/17/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/28/12 | 111 | Chase Bank USA,N.A. | Dividend paid   1.44% on $3,143.23; Claim# 8; Filed: $3,143.23; Reference: | 7100-000 | | 45.32 | 678.50 |
| 03/28/12 | 112 | American Express Centurion Bank | Dividend paid   1.44% on $7,717.79; Claim# 9; Filed: $7,717.79; Reference: | 7100-000 | | 111.27 | 567.23 |
| 03/28/12 | 113 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.44% on $5,108.28; Claim# 10; Filed: $5,108.28; Reference: | 7100-000 | | 73.64 | 493.59 |
| 03/28/12 | 114 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.44% on $2,014.04; Claim# 11; Filed: $2,014.04; Reference: | 7100-000 | | 29.04 | 464.55 |
| 03/28/12 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.44% on $8,924.55; Claim# 12; Filed: $8,924.55; Reference: | 7100-000 | | 128.66 | 335.89 |
| 03/28/12 | 116 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.44% on $6,976.07; Claim# 13; Filed: $6,976.07; Reference: | 7100-000 | | 100.57 | 235.32 |
| 03/28/12 | 117 | PYOD LLC its successors and assigns as assignee of | Dividend paid   1.44% on $16,198.02; Claim# 14; Filed: $16,198.02; Reference: | 7100-000 | | 233.52 | 1.80 |
| 03/28/12 | 118 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 1.80 | 0.00 |

|  |  | ACCOUNT TOTALS | 5,804.74 | 5,804.74 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | **Subtotal** | 5,804.74 | 5,804.74 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | **NET Receipts / Disbursements** | **$5,804.74** | **$5,804.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******53-66 | 5,804.74 | 5,804.74 | 0.00 |
| | $5,804.74 | $5,804.74 | $0.00 |

{} Asset reference(s)    Printed: 05/17/2012 07:31 AM    V.13.02